UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO.:

10-CV-04367(CS)(LMS)

---

LEE PORRAZZO,

              Plaintiff,

    -v-

BUMBLE BEE FOODS, LLC and THE STOP &
SHOP SUPERMARKET COMPANY, LLC,

              Defendants.

---

<u>TRIAL BY JURY DEMANDED</u>

## <u>AMENDED COMPLAINT</u>

The plaintiff, LEE PORRAZZO, sues the Defendants, BUMBLE BEE FOODS, LLC and THE STOP & SHOP SUPERMARKET COMPANY, LLC and alleges as follows:

### <u>FACTS</u>

1.   This is an action for money damages to compensate the plaintiff for contracting mercury poisoning as the result of consuming the defendant, BUMBLE BEE FOODS, LLC's (hereinafter "BUMBLE BEE") tuna fish from approximately January 2006 to October 2008. During this time, the plaintiff consumed BUMBLE BEE tuna fish sold to him by the defendant STOP & SHOP SUPERMARKET COMPANY, LLC (hereinafter "STOP & SHOP") in six (6) ounce cans, which the plaintiff usually bought on sale at the defendant, STOP & SHOP's stores which were conveniently located in White Plains, New York, the city in which the plaintiff also lived. During this time, the plaintiff purchased from the defendant STOP & SHOP and then consumed approximately ten (10) six (6) ounce cans of Bumble Bee tuna fish per week.

2.   The reason the plaintiff mostly bought and consumed the defendant BUMBLE BEE's tuna fish product is that its brand was the one which was usually on sale at the defendant, STOP & SHOP 's stores. As evidence of these facts, annexed as Exhibit "A," are copies of receipts from the defendant STOP & SHOP's stores indicating the plaintiff's purchase of Bumble Bee tuna fish on sale.

3.     In addition, from approximately January 2006 to October 2008, when the plaintiff was consuming Bumble Bee tuna fish as his major source of protein, the defendant, BUMBLE BEE, through television commercials, product advertisements and product labeling, promoted its Bumble Bee tuna fish as an excellent and safe source of high quality protein, vitamins, minerals and Omega-3 fatty acids, as well as being low in saturated fats and carbohydrates and touted its product as being "heart healthy."

4.     The defendant BUMBLE BEE's foregoing six (6) ounce cans of tuna fish, which were sold for public consumption and specifically sold to the plaintiff, LEE PORRAZZO, at the defendant STOP & SHOP's stores, gave no warning to the plaintiff, LEE PORRAZZO, a lay consumer, that the foregoing tuna fish product contained mercury, an odorless, colorless, tasteless, poisonous, heavy metal and both defendants failed to warn the plaintiff that consumption of such tuna fish in certain quantities was unsafe and dangerous because of its mercury content.

5.     At some point during the time from approximately January 2006 to October 2008, when the plaintiff, LEE PORRAZZO, was consuming Bumble Bee tuna fish bought at the defendant STOP & SHOP's stores as aforesaid, the plaintiff, LEE PORRAZZO, began to experience, 2 to 3 times per week, episodes of chest pains, heart palpitations, sweatiness, dizziness, and lightheadedness, all of which gave the plaintiff the impression that he had a heart condition.  The plaintiff was caused  to seek medical attention and to undergo numerous medical testing procedures and studies which tests did not explain the plaintiff's symptoms

6.     At one point, on April 14, 2006, the plaintiff was caused to go to the White Plains Hospital Emergency Room believing he was having a heart attack (see a copy of medical records dated April 17, 2006 from Allen Jaffe, M.D. of the Westchester Medical Group indicating same, annexed as Exhibit B). Due to the foregoing physical maladies, the plaintiff was psychologically distraught and worried, since none of the plaintiff's treating physicians and/or his heart specialist could diagnose what was causing the foregoing frightful episodes.

7.     For an extensive period of time, neither the plaintiff, nor the plaintiff's treating physicians, could determine what was causing the plaintiffs symptoms. On or about,

October 1, 2008, the plaintiff's primary care doctor, Alan Jaffe, M.D., ordered a heavy metals blood test, which test showed the plaintiff to have a dangerously high level of mercury in his blood. Annexed hereto as Exhibit C is a copy of the plaintiff's medical records indicating that the plaintiff's blood mercury level on October 1, 2008 was 23 mcg/L as opposed to less than 10 mcg/L which is normal.

8.      The plaintiff learned for the first about this abnormally high level of mercury in his blood from the New York State Department of Health which contacted the plaintiff by telephone on, or about October 1, 2008.  Then, New York State Department of Health personnel advised the plaintiff of the dangerous mercury level in his blood, asked questions of the plaintiff, filled out a questionnaire and then instructed the plaintiff to stop eating tuna fish.  As evidence of these facts, annexed hereto as Exhibit D is a certified copy of the plaintiff's records in the possession of the New York State Department of Health.

9.      After heeding this advice, the plaintiff's mercury levels were again tested by Dr. Jaffe's office on or about November 4, 2008 and the results, annexed hereto as Exhibit E, show that the plaintiff's mercury levels returned to normal.  Although the plaintiff no longer experienced the heart attack like symptoms previously described, he remains worried today about what effects the mercury has had on his health.

10.   The Defendants knew, or should have known, that regular consumption of their tuna fish product would be dangerously unsafe due to the mercury level contained therein.

<u>AS AND FOR A FIRST CAUSE OF ACTION</u>
<u>AS AGAINST THE DEFENDANT BUMBLE BEE FOODS, LLC</u>

11.      The plaintiff, LEE PORRAZZO, at all times hereinafter mentioned, was and still is a resident of the City of White Plains, County of Westchester, State of New York.

12.      The defendant, BUMBLE BEE, at all times hereinafter mentioned, was and still is a limited liability corporation doing business in the County of Westchester, State of New York.

13.      That at all times hereinafter mentioned, the defendant, BUMBLE BEE, transacted business within the State of New York.

14.     That at all times hereinafter mentioned, the defendant, BUMBLE BEE, derived substantial revenue from goods used or consumed or services rendered in the State of New York.

15. That at all times hereinafter mentioned, the defendant, BUMBLE BEE, expected, or should reasonably have expected its acts to have consequences in the State of New York.

16.     That at all times hereinafter mentioned, the defendant, BUMBLE BEE, derived substantial revenue from interstate or international commerce.

17.     That at all times hereinafter mentioned, the defendant, BUMBLE BEE, was engaged in the business of purchasing, processing, packaging, marketing  and selling tuna fish.

18.     That approximately from January 2006 through October 2008, the plaintiff, LEE PORRAZZO, purchased and consumed the defendant, BUMBLE BEE's  tuna fish which was processed, packaged, marketed and sold by the defendant, BUMBLE BEE, for general consumption by the public.

19.     That, upon the distribution and/or sale of Bumble Bee tuna fish, the defendant, BUMBLE BEE, expressly and/or impliedly warranted to all intended consumers, including the plaintiff, LEE PORRAZZO, that said merchandise and all its contents were of merchantable quality, non-poisonous and fit for human consumption, the purpose for which its tuna fish was processed, packaged, sold and distributed.

20.     That approximately from January 2006 to October 2008, the plaintiff, LEE PORRAZZO, purchased and then consumed Bumble Bee tuna fish in accordance with packaging instructions, which tuna fish was purchased, processed, packaged, marketed, sold and distributed by the defendant, BUMBLE BEE.

21.     That the aforesaid product, known as Bumble Bee tuna fish, was inherently dangerous in that it had a high level of mercury and by its manufacture, was unsafe, inadequate and unfit for human consumption, the purpose for which it was manufactured, sold and distributed by the defendant, BUMBLE BEE; that the defendant, BUMBLE BEE, by its agents, servants and/or employees were careless, reckless  and negligent in the manufacture of said product and failed to use due care in the purchasing, processing, packaging,

marketing, selling and testing thereof; that the dangers of mercury poisoning inherent in the consumption of said Bumble Bee tuna fish product was not open and obvious and could not be ascertained or known to the plaintiff, LEE PORRAZZO, either by visual inspection or by the execution of preliminary testing; and the defendant, BUMBLE BEE, carelessly, recklessly and negligently failed to warn the general public and specifically, the plaintiff, LEE PORRAZZO, of its aforementioned product's inherent, latent danger of poisonously high levels of mercury contained within it.

22.    That the foregoing express and/or implied warranties of the defendant, BUMBLE BEE, that its tuna was fit for human consumption, heart healthy and non-poisonous were untrue.

23.    That as a result of the improper purchasing, processing, packaging, marketing, selling, manufacture and distribution of tuna fish containing poisonously high levels of mercury by the defendant, BUMBLE BEE, and by the breach of the express and/or implied warranty of merchantability and fitness for human consumption given by the defendant, BUMBLE BEE, the plaintiff was caused to sustain serious personal injuries and incur economic expense through no fault of his own.

24.    That the defendant, BUMBLE BEE's conduct of marketing and selling it's tuna fish product containing dangerously high levels of mercury without warning to the general public and/or to the plaintiff, was wilful, wanton, reckless, malicious and/or exhibited a gross indifference to and a callous disregard for human life, safety and the rights of others, and more particularly, the rights, life and safety of the plaintiff, LEE PORRAZZO; and the defendant was motivated by consideration of profit, financial advantage, monetary gain, economic aggrandizement and or cost avoidance, to the virtual exclusion of all other considerations.

25.    That by reason of the foregoing, the plaintiff was rendered sick, sore, lame, psychologically distraught, disabled and experienced loss of enjoyment of life and was caused to and did seek medical treatment.

26.    That due to the defendant, BUMBLE BEE's breach of its express and/or implied warranty of merchantability, the plaintiff, LEE PORRAZZO, is entitled to compensatory and punitive damages.

### AS AND FOR A SECOND CAUSE OF ACTION
### AS AGAINST THE DEFENDANT THE STOP & SHOP SUPERMARKET COMPANY, LLC

27.     The plaintiff, LEE PORRAZZO, incorporates all of the preceding paragraphs by reference.

28.     The defendant, STOP & SHOP, at all times hereinafter mentioned, was and still is a limited liability corporation doing business in the County of Westchester, State of New York.

29.     That at all times hereinafter mentioned, the defendant, STOP & SHOP, transacted business within the State of New York.

30.     That at all times hereinafter mentioned, the defendant, STOP & SHOP, derived substantial revenue from goods used or consumed or services rendered in the State of New York.

31.     That at all times hereinafter mentioned, the defendant, STOP & SHOP, expected or should reasonably have expected its acts to have consequences in the State of New York.

32.     That at all times hereinafter mentioned, the defendant, STOP & SHOP, derived substantial revenue from interstate or international commerce.

33.     That at all times hereinafter mentioned, the defendant, STOP & SHOP, was engaged in the business of purchasing and selling tuna fish to the general public.

34.     That approximately from January 2006 through October 2008, the plaintiff, LEE PORRAZZO, purchased from the defendant, STOP & SHOP, Bumble Bee tuna fish which product was processed, packaged, marketed and/or sold to the defendant, STOP & SHOP, by the defendant, BUMBLE BEE, for general consumption by the public.

35.     That, upon the distribution and/or sale of Bumble Bee tuna fish, the

defendant, STOP & SHOP, expressly and/or impliedly warranted to all intended users, including the plaintiff, LEE PORRAZZO, that said merchandise and all its contents were of merchantable quality, free from poisonously high levels of mercury and fit for human consumption, the purpose for which it was processed, packaged, sold and distributed.

36.    That approximately from January 2006 to October 2008, the plaintiff, LEE PORRAZZO, purchased from the defendant, STOP & SHOP, and then consumed the foregoing Bumble Bee tuna fish in accordance with its packaging instructions.

37.    That the aforesaid product, known as Bumble Bee tuna fish, was inherently dangerous in that it had a poisonously high level of mercury contained within it and by its manufacture, was unsafe, inadequate and unfit for human consumption, the purpose for which it was sold and distributed by the defendant, STOP & SHOP; that the defendant, STOP & SHOP, by its agents, servants and/or employees were careless, reckless and negligent in the selling of said product and failed to use due care in the purchasing, processing, packaging, selling and testing thereof; that the dangers of mercury poisoning inherent in the consumption of said Bumble Bee tuna fish product was not open and obvious and could not be ascertained or known to the plaintiff, LEE PORRAZZO, either by visual inspection or by the execution of preliminary testing and the defendant, STOP & SHOP, carelessly, recklessly and negligently failed to warn the general public and specifically, the plaintiff, LEE PORRAZZO, of its aforementioned product's inherent, latent danger of poisonously high levels of mercury contained within it.

38.    That the express and/or implied warranties of the defendant, STOP & SHOP, that the bumble Bee tuna fish which it sold was fit for human consumption, heart healthy and non-poisonous were untrue.

39.    That as a result of the improper purchasing, processing, packaging, marketing, selling, manufacture and/or distribution of tuna fish containing poisonously high levels of mercury by the defendant, STOP & SHOP,  and by the breach of express and/or implied warranty of merchantability and fitness for consumption given by the defendant, STOP & SHOP, the plaintiff was caused to sustain serious personal injuries, through no fault of his own.

40.    That the defendant, STOP & SHOP's conduct of selling Bumble Bee tuna fish containing dangerously high levels of mercury without warning the general public or the

plaintiff of same was wilful, wanton, reckless, malicious and/or exhibited a gross indifference to and a callous disregard for human life, safety and the rights of others, and more particularly, the rights, life and safety of the plaintiff, LEE PORRAZZO; and the defendant was motivated by consideration of profit, financial advantage, monetary gain, economic aggrandizement and or cost avoidance, to the virtual exclusion of all other considerations.

41.   That by reason of the foregoing, the plaintiff was rendered sick, sore, lame, psychologically distraught, disabled and experienced loss of enjoyment of life and was caused to and did seek medical treatment.

42.   That due to the defendant, STOP & SHOP's foregoing breach of its express and/or implied warranty of merchantability, the plaintiff, LEE PORRAZZO, is entitled to compensatory and punitive damages.

### AS AND FOR A THIRD CAUSE OF ACTION AS AGAINST ALL DEFENDANTS

43.   The plaintiff, LEE PORRAZZO, incorporates all of the preceding paragraphs by reference.

44.   That as a result of the negligence, carelessness and recklessness of the defendants, BUMBLE BEE  and STOP & SHOP, in their manufacture, sale, marketing  and distribution of Bumble Bee tuna fish, containing  poisonously high levels of mercury, the plaintiff, LEE PORRAZZO, was rendered sick, sore, lame, psychologically distraught, disabled and experienced loss of enjoyment of life and was caused to and did seek medical treatment.

45.   That the defendants' conduct of marketing and selling Bumble Bee tuna fish was wilful, wanton, reckless, malicious and/or exhibited a gross indifference to, and a callous disregard for human life, safety and the rights of others, and more particularly, the rights, life and safety of the plaintiff, LEE PORRAZZO; and was motivated by consideration of profit, financial advantage, monetary gain, economic aggrandizement and/or cost avoidance, to the virtual exclusion of all other considerations.

46   That due to the defendants' negligence, carelessness and recklessness, the plaintiff, LEE PORRAZZO, is entitled to both compensatory damages and punitive damages.

<u>AS AND FOR A FOURTH CAUSE OF ACTION AS AGAINST ALL DEFENDANTS</u>

47.    The plaintiff, LEE PORRAZZO, incorporates all of the preceding paragraphs by reference.

48.    That the defendants, BUMBLE BEE and STOP & SHOP, are strictly liable to the plaintiff without regard to negligence by virtue of placing the aforesaid Bumble Bee tuna fish into the stream of commerce and which product was unfit for human consumption and the uses and purposes for which it was intended to be used and was so used by the plaintiff, LEE PORRAZZO.

49.    That the plaintiff, LEE PORRAZZO's injuries and resulting damages were caused by the latent, defective, dangerous condition of  poisonously high levels of mercury contained in the aforesaid Bumble Bee tuna fish which the defendants placed into the stream of commerce.

50.    That as a result of the foregoing, the plaintiff, LEE PORRAZZO, is entitled to both compensatory and punitive damages.

<u>AS AND FOR A FIFTH CAUSE OF ACTION</u>

51.    The plaintiff, LEE PORRAZZO, incorporates all of the preceding paragraphs by reference.

52.    That by manufacturing, selling, processing, marketing  and packaging canned tuna fish adulterated with poisonously high levels of mercury, the defendants violated New York State Agriculture and Markets Law Sections 199-a (1), 200 (1), 200 (2), 200 (3), 200 (5), 200 (9) and 200 (11).

53.    That by reason of the foregoing the plaintiff has been financially, physically and emotionally damaged and now seeks compensatory and punitive damages therefore.

<u>AS AND FOR A SIXTH CAUSE OF ACTION</u>

54.    The plaintiff, LEE PORRAZZO, incorporates all of the preceding paragraphs by reference.

55.    That by manufacturing, selling, processing, marketing and packaging canned tuna fish adulterated with poisonously high levels of mercury without giving any notice or warning to the plaintiff that such poisonously high levels of mercury existed in their product, the defendants misled the plaintiff into believing that their canned tuna fish product was safe and fit for human consumption and without any deleterious health side effects and thereby the defendants violated New York State Agriculture and Markets Law Sections 199-a (1), 201 (1) and 201 (8) (b).

56.    That by reason of the foregoing the plaintiff has been physically, emotionally and financially damaged and now seeks compensatory and punitive damages therefore.

<u>AS AND FOR A SEVENTH CAUSE OF ACTION</u>

57.    That plaintiff, LEE PORRAZZO, incorporates all of the preceding paragraphs by reference.

58.    That by promoting their product, namely, Bumble Bee tuna fish, as being "heart healthy," containing high quality protein, vitamins, minerals and Omega-3 fatty acids as well as being low in saturated fats and carbohydrates, without giving notice or warning to the plaintiff that their canned tuna fish product contained  poisonously high levels of mercury, the defendants engaged in deceptive acts and practices all in violation of New York State General Business Law Section 349 (a) for which New York State General Business Law Section 349 (h) provides a remedy.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff, LEE PORRAZZO, demands:  1) Trial by Jury, 2) On the First Cause of Action, Judgment against Defendant BUMBLE BEE FOODS, LLC for compensatory damages and punitive damages, 3) On the Second Cause of Action, Judgment  against Defendant STOP & SHOP SUPERMARKET COMPANY, LLC  for compensatory damages and punitive damages, 4) On the Third Cause of Action, Judgment against both Defendants for compensatory damages and punitive damages, 5) On the Fourth Cause of Action, Judgment against both Defendants for compensatory damages and punitive damages, 6)  On the Fifth Cause of Action, Judgment against both Defendants for compensatory damages and punitive damages, 7)  On the Sixth Cause of Action, Judgment against both Defendants for compensatory damages and punitive damages, 8)  On the Seventh Cause of Action, Judgment against both Defendants for compensatory damages and punitive damages, 9) Court Costs and  10) Such additional relief in favor of Plaintiff as is just and proper.

Respectfully submitted,

KILLERLANE LAW OFFICES

By Christina M. Killerlane, Esq. ( CMK 2539)
Attorneys for Plaintiff
LEE PORRAZZO
175 Main Street, Suite 606
White Plains, New York   10601
(914) 948-9500

EXHIBIT "A"



STOP & SHOP #501
WHITE PLAINS, NY
914-997-0715
WWW.STOPANDSHOP.COM

EZ SHOPPER #1              5:22pm  5/27/08
Tran 44725 Terminal     1 Cashier 00431
Customer Card Number      1200716967
BB SOLID WH TUNA                6.59 *
     1 @  4 for  $3.00
DANNON YGRT RSPB                0.75 *
     1 @  4 for  $3.00
DANNON YGRT STRW               0.75 *
     1 @  4 for  $3.00
DANNON YGRT STRW               0.75 *
     1 @  4 for  $3.00
DANNON YGRT STRW               0.75 *
FRE 7 GRN BRD                  3.79 *
     1 @  2 for  $5.00
S&S ARUGULA SALA               2.50 *
     1 @  2 for  $5.00
S&S BOSTON SALAD               2.50 *
     1 @  2 for  $5.00
SB SPRING MIX                  2.50 *
     1 @  2 for  $5.00
S&S BOSTON SALAD               2.50 *
STPLGHT PEPPER 3               4.99 *
TO1  0.65 LB @   $0.99/ 1LB
YAM GOLDEN                      0.64 *
TO1  4.25 LB @   $0.69/ 1LB
CUT SDLS MELON                 2.93 *
TO1  4.25 LB @   $0.39/ 1LB

```
       Stop & Shop Card Savings -1.27 *
         Price with your card     1.66
           2 @  3 for  $2.00
     LEMON JUMBO                   1.34 *
     TO1  2.11 LB @   $1.79/ 1LB
     BROCCOLI BUNCH                3.78 *
                     Total       $35.79
            Debit Card           $35.79
            Total before savings $37.06
            Your Total Savings    $1.27
            Total after savings  $35.79
            Total                $35.79
            Change                $0.00


     YOUR  SAVINGS  SUMMARY
     Stop & Shop Card Savings     $1.27
     Total Stop & Shop Card Saving $1.27
     YOUR TOTAL SAVINGS           $1.27
     ***YEAR-TO-DATE SAVINGS***  $94.86
     * * * * * * * * * * * * * * * * * *

     THANK YOU FOR SHOPPING AT STOP & SHOP.
     WE'VE ENJOYED SERVING YOU, AND WE
     LOOK FORWARD TO SERVING ALL YOUR
     FUTURE SHOPPING NEEDS.


     STORE MGR. Brian King914-997-0715


     STOP  &  SHOP  #501



     ********PAID********
```

```
            STOP & SHOP #501
             WHITE PLAINS, NY
               914-997-0715
            .WWW.STOPANDSHOP.COM

EZ SHOPPER #5          3:23pm  5/18/08
Tran 91499 Terminal   6 Cashier 00436
Customer Card Number   1200716967
SB CRAN JCE                    2.69 *T
     Stop & Shop Card Savings -0.69 *T
     Price with your card       2.00
SB CRAN JCE                    2.69 *T
     Stop & Shop Card Savings -0.69 *T
     Price with your card       2.00
SB CRAN JCE                    2.69 *T
     Stop & Shop Card Savings -0.69 *T
     Price with your card       2.00
SB CRAN-RASP JC                2.69 *T
     Stop & Shop Card Savings -0.69 *T
     Price with your card       2.00
WALNUT MEATS 16Z               6.99 *
NP TS CHX CUTLET               6.10 *
NP TS CHX CUTLET               6.48 *
      1 @  2 for  $5.00
SB SPRING MIX                  2.50 *
TO1 1.06 LB @  $2.79/ 1LB
TOMATO ON VINE                 2.96 *
TO1 1.52 LB @  $1.29/ 1LB
BROCCOLI BUNCH                 1.96 *
PDM BLUEBERRY JU               3.99 *
SHOUT LQ STAIN                 2.79 T
ORG GRAPE TOMATO               2.99 *
H&S OCEAN LIFT                 6.99
      1 @  3 for  $5.00
BB SLD WHT TUNA                1.67 *
      1 @  3     $5.00
BB SLD WH                      1.67 *
PALM DSH LG ANTI               2.79 T
     Stop & Shop Card Savings -0.29 T
     Price with your card       2.50
ENG WATH/CALC                  3.99 T
      1 @  2 for  $6.00
CAP SN PACIF 10P               3.00 *T
     Stop & Shop Card Savings -0.50 *T
     Price with your card       2.50
             Total            $65.64
     Debit Card              $65.64
     Total before savings    $67.63
     Your Total Savings       $3.55
     Total after savings     $64.08
     Tax Paid                 $1.56
     Total                   $65.64
     Change                   $0.00


  YOUR  SAVINGS  SUMMARY
Stop & Shop Card Savings       $3.55
Total Stop & Shop Card Saving  $3.55
YOUR TOTAL SAVINGS             $3.55
***YEAR-TO-DATE SAVINGS***    $90.59
*************************

THANK YOU FOR SHOPPING AT STOP & SHOP.
WE'VE ENJOYED SERVING YOU, AND WE
LOOK FORWARD TO SERVING ALL YOUR
FUTURE SHOPPING NEEDS.


STORE MGR. Brian King914-997-0715


STOP  &  SHOP  #501
```



STOP & SHOP #501
WHITE PLAINS, NY
914-997-0715
WWW.STOPANDSHOP.COM

EZ SHOPPER #5
Tran 33938 Terminal          3:05pm 5/13/08
Customer Card Number    Cashier 00435
                                    1200716967
GE REVEAL GLOBE
GE REVEAL GLOBE                        3.29  T
                                       3.29  T
   1 @ 3 for $5.00
BB SLD WHT TUNA                        1.67  *
   1 @ 3 for $5.00
BB SLD WHT TUNA                        1.67  *
KIWI OVL ATH LCE                       1.49  T
                    Total      $11.99
   Cash                        $20.00
   Subtotal                    $11.41
   Tax Paid                     $0.58
   Total                       $11.99
   Change                       $8.01

THANK YOU FOR SHOPPING AT STOP & SHOP.
WE'VE ENJOYED SERVING YOU, AND WE
LOOK FORWARD TO SERVING ALL YOUR
FUTURE SHOPPING NEEDS.

STORE MGR. Brian King914-997-0715

STOP & SHOP #501

```
        STOP & SHOP #501
       WHITE PLAINS, NY
        914-997-0715
      WWW.STOPANDSHOP.COM

EZ SHOPPER #5        6:32pm 2/17/08
Tran 09530 Terminal  5 Cashier 00825
Customer Card Number   1200716967
COKE CLASIC 12PK            4.99 *T
    Stop & Shop Card Savings -1.32 *T
    Price with your card    3.67
BOTTLE DEPOSIT             0.60 *
SPRITE 12 PK CAN           4.99 *T
    Stop & Shop Card Savings -1.32 *T
    Price with your card    3.67
BOTTLE DEPOSIT             0.60 *
KELOG RICE KRISP           3.99 *
    1 @ 3 for $5.00
BB SLD WHT TUNA            1.67 *
    1 @ 3 for $5.00
BB SLD WHT TUNA            1.67 *
    1 @ 3 for $5.00
BB SLD WHT TUNA            1.66 *
SB 2% MILK                 2.14 *
    1 @ 2 for $5.00
S&S ARUGULA SALA           2.50 *
HRSHY REESE EGGS           2.99 *T
    Stop & Shop Card Savings -0.99 *T
    Price with your card    2.00
SS PREM ENG MUF            1.69 *
PERD TS RST BRST           4.83 *
    Stop & Shop Card Savings -0.62 *
    Price with your card    4.21
    1 @ 2 for $5.00
S&S BOSTON SALAD           2.50 *
DOLE MAN ORANGE            2.69 *
    Stop & Shop Card Savings -0.30 *
    Price with your card    2.39
DOLE MAN ORANGE            2.69 *
    Stop & Shop Card Savings -0.30 *
    Price with your card    2.39

ENTENMANN CAKE             1.99 *T
    1 @ 3 for $2.00
LEMON JUMBO                0.67 *
 TO1 0.62 LB @  $3.49/ 1LB
TOMATO ON VINE             2.16 *
    2 @ 4 for $3.00
CUCUMBERS                  1.50 *
 TO1 1.56 LB @  $0.89/ 1LB
POTATO IDAHO               1.39 *
           Total          $61.57
    Debit Card            $61.57
    Total before savings  $65.58
    Your Total Savings     $5.14
    Total after savings   $60.44
    Tax paid               $1.13
    Total                 $61.57
    Change                 $0.00

YOUR SAVINGS SUMMARY
Stop & Shop Card Savings        $5.14
Total Stop & Shop Card Saving  $5.14
YOUR TOTAL SAVINGS             $5.14
***YEAR-TO-DATE SAVINGS***    $19.96
*x*x*x*x*x*x*x*x*x*x*x*x*x

THANK YOU FOR SHOPPING AT STOP & SHOP.
WE'VE ENJOYED SERVING YOU, AND WE
LOOK FORWARD TO SERVING ALL YOUR
FUTURE SHOPPING NEEDS.


STORE MGR. JOHN ENCKE 914-997-0715


STOP & SHOP #501
```



```
                STOP & SHOP #501
                WHITE PLAINS, NY
                  914-997-0715
               WWW.STOPANDSHOP.COM

  Welcome I'm NADINE   7:31pm 2/04/08
  Tran 35929 Terminal 16 Cashier 00191

  Customer Card Number   1200716967
  COMMERCIAL BAKERY
  ARN SELECT SES R          2.89 *
  S&S ENG MUFFINS           0.99 *
  DAIRY
  I CNT BELNOT BTR          1.79 *
  LARGE WHITE EGGS          2.29 *
  SB 2% MILK                2.14 *
  SB VITAMIN-D MIL          1.11 *
  SORR RICOTTA 15Z          2.99 *
  FOOD BAZAAR
  CATHEDRAL BRIE            7.97 *
     0.56 LB @   $6.99/ 1LB
  DELI OLVE BAR             3.91 *
  FROZEN FOODS
  EDY'S VRTY FR BR          3.79 *
  GROCERY
     1 @  3 for  $5.00
  B-BEE TUNA WTR            1.67 *
     Stop & Shop Card Savings -0.67 *
     Price with your card    1.00
     1 @  3 for  $5.00
  B-BEE TUNA WTR            1.67 *
     Stop & Shop Card Savings -0.67 *
     Price with your card    1.00
     1 @  3 for  $5.00
  B-BEE TUNA WTR            1.66 *
     Stop & Shop Card Savings -0.66 *
     Price with your card    1.00
     1 @ 10 for $10.00
  DLMT CREAM CORN           1.00 *
     1 @ 10 for $10.00
  DLMT WH KRN CORN          1.00 *
     1 @ 10 for $10.00
  DLMT WH KRN CORN          1.00 *
     1 @ 10 for $10.00
  DLMT WH KRN CORN          1.00 *
  HLMN BG SQZ MAYO          3.69 *
  KLG RICE KRISPIE          3.59 *
     Stop & Shop Card Savings -0.59 *
     Price with your card    3.00
  SCTSCBRT SPNGE            3.19 T
  PRODUCE
     1 @  2 for  $5.00
  S&S ARUGULA SALA          2.50 *
     1 @  2 for  $5.00
  S&S BOSTON SALAD          2.50 *
  TO1  0.86 LB @   $3.49/ 1LB
  TOMATO ON VINE            3.00 *
     Total before savings  $57.34
     Your Total Savings     $2.59
     Total after savings   $54.75
     Tax paid               $0.25
     Total                 $55.00
     Debit Td              $55.00
     Change                 $0.00


  YOUR  SAVINGS  SUMMARY
  Stop & Shop Card Savings  $2.59
  Total Stop & Shop Card Saving $2.59
  YOUR TOTAL SAVINGS        $2.59

  ***YEAR-TO-DATE SAVINGS***  $14.82
  ************************************

  THANK YOU FOR SHOPPING AT STOP & SHOP.
  WE'VE ENJOYED SERVING YOU, AND WE
  LOOK FORWARD TO SERVING ALL YOUR
  FUTURE SHOPPING NEEDS.


  STORE MGR. JOHN ENCKE 914-997-0715

  STOP & SHOP #501
```



**Stop&Shop**®

STOP & SHOP #501
WHITE PLAINS, NY
914-997-0715
WWW.STOPANDSHOP.COM

EZ SHOPPER #5            8:33pm 8/20/08
Tran 19990 Terminal   6 Cashier 00436
Customer Card Number   1200716967
S&S ARUGULA SALA                2.88 *
    Stop & Shop Card Savings -0.88 *
    Price with your card       2.00
S&S ARUGULA SALA                2.88 *
    Stop & Shop Card Savings -0.88 *
    Price with your card       2.00
BH IMP SWSS CHSE                4.76 *
BH OVGLD RST TKY                5.34 *
    1 @ 2 for $3.00
HUNT 4PK CHOC                   1.50 *
    Stop & Shop Card Savings -0.25 *
    Price with your card       1.25
    1 @ 3 for $5.00
B-BEE TUNA WTR                  1.67 *
    Stop & Shop Card Savings -0.67 *
    Price with your card       1.00
    1 @ 3 for $5.00
B-BEE TUNA WTR                  1.67 *
    Stop & Shop Card Savings -0.67 *
    Price with your card       1.00
    1 @ 3 for $5.00
B-BEE TUNA WTR                  1.66 *
    Stop & Shop Card Savings -0.66 *
    Price with your card       1.00
    1 @ 3 for $5.00
BB SLD WHT TUNA                 1.67 *
    Stop & Shop Card Savings -0.67 *
    Price with your card       1.00
    1 @ 3 for $5.00
BB SLD WHT TUNA                 1.67 *
    Stop & Shop Card Savings -0.67 *
    Price with your card       1.00
    1 @ 3 for $5.00
BB SLD WHT TUNA                 1.66 *
    Stop & Shop Card Savings -0.66 *
    Price with your card       1.00
    1 @ 3 for $5.00
B-BEE TUNA WTR                  1.67 *
    Stop & Shop Card Savings -0.67 *
    Price with your card       1.00
    1 @ 3 for $5.00
B-BEE TUNA WTR                  1.67 *
    Stop & Shop Card Savings -0.67 *
    Price with your card       1.00
    1 @ 3 for $5.00
B-BEE TUNA WTR                  1.66 *
    Stop & Shop Card Savings -0.66 *
    Price with your card       1.00
    1 @ 3 for $5.00
BB SLD WHT TUNA                 1.67 *
    Stop & Shop Card Savings -0.67 *
    Price with your card       1.00
    1 @ 3 for $4.00
DEL MONTE BEANS                 1.34 *
    1 @ 3 for $4.00
DLMT CREAM CORN                 1.33 *
    1 @ 3 for $4.00
DLMT MED PEAS                   1.33 *

```
          1 @ 3 for  $4.00
DM SWT PEAS NS               -1.34 *
          1 @ 3 for  $4.00
DM SWT PEAS NS                1.33 *
          1 @ 3 for  $4.00
DLMT WH KRN CORN             1.33 *
          1 @ 3 for  $4.00
DEL MONTE BEANS              1.34 *
          1 @ 3 for  $4.00
DLMT WH KRN CORN             1.33 *
          1 @ 3 for  $4.00
DEL MONTE BEANS              1.33 *
NP TS CHX CUTLET             5.85 *
SHOUT LQ STAIN               2.79 T
V8 LOW SOD VEG               4.19 *
MI CASA CHAMP                0.99 *T
BOTTLE DEPOSIT               0.05 *
TO1 0.58 LB @  $1.99/ 1LB
VINE RIPE TOMATO             1.15 *
TO1 2.42 LB @  $0.99/ 1LB
YAM GOLDEN                   2.40 *
          1 @ 2 for  $3.00
BLACK AVOCADO                1.50 *
TO1 1.15 LB @  $0.64/ 1LB
BANANAS                      0.74 *
               Total       $57.31
          Debit Card       $57.31
          Total before savings  $65.68
          Your Total Savings    $8.68
          Total after savings   $57.00
          Tax paid         $0.31
          Total            $57.31
          Change           $0.00


   YOUR  SAVINGS  SUMMARY
Stop & Shop Card Savings      $8.68
Total Stop & Shop Card Saving $8.68
YOUR TOTAL SAVINGS            $8.68
***YEAR-TO-DATE SAVINGS***  $142.20
*******************************


  ****CARD REWARDS****
           ID  1200716967

MILK REWARDS

 Points Earned during this visit   0
 Current Total for this Program    3

********************************


THANK YOU FOR SHOPPING AT STOP & SHOP.
WE'VE ENJOYED SERVING YOU, AND WE
LOOK FORWARD TO SERVING ALL YOUR
FUTURE SHOPPING NEEDS.

STORE MGR. Brian King914-997-0715


  STOP  &  SHOP  #501
```

********PAID********

EXHIBIT "B"

**The Westchester Medical Group**
210 Westchester Ave.
210 Westchester Avenue
White Plains, NY 10604
(914) 682-0700  Fax: (914) 457-1400

*March 13, 2009*

Page 1
Chart Document

LEE PORRAZZO                                          Home: (914)804-4938 Office: (914)286-5817
Male DOB:03/10/1962                      101633           Ins: HEALTHNE (HEALTHNET)

**04/17/2006 - Office Visit: Office visit**
**Provider: Alan Jaffe, MD**
**Location of Care: Gastroenterology**

Allergies: Allergies have not been documented for this patient
**Vital Signs**
**Entered weight:** 209 lb.

**Calculated Weight:** 209 lb. (95.00 kg.)**Pulse rate:** 78
**Pulse rhythm:** regular
**O2 Sat rest** 99
**Blood Pressure:** 110/75 mm Hg

............................................................... Laura Holmes April 17, 2006 5:02 PM

# History of Present Illness:

**Additional HPI:** Not feeling well for a few weeks. Aware of SOB at times with some exertion. Some left anterior CP on and off, not related to exertion. Very stressed. Seen in ER Fri.night-- bloods and EKG were negative and he was sent home. His CP is usually present at rest.

**Current Problems:** CHEST PAIN (ICD-786.50)
KNEE PAIN (ICD-719.46)
IRRITABLE BOWEL SYNDROME (ICD-564.1)
ERUCTATION (ICD-787.3)
HYPERLIPIDEMIA (ICD-272.4)
VIRAL INFECTION (ICD-079.99)
CONTUSION, ELBOW (ICD-923.11)
DERANGEMENT, SHOULDER (ICD-718.91)
SHOULDER STRAIN (ICD-840.9)
SHOULDER PAIN (ICD-719.41)
HERPES ZOSTER (ICD-053.9)

**Current Medications:** AVELOX 400 MG TABS (MOXIFLOXACIN HCL) 1 qd
HYCODAN 5-1.5 MG/5ML SYRP (HYDROCODONE-HOMATROPINE) 1 tsp QID prn
VICODIN 5-500 MG TAB (ACETAMINOPHEN-HYDROCODONE) 1-2 tabs every 4 hours as necessary for pain
VOLTAREN 75 MG EC TAB (DICLOFENAC SODIUM) one bid pc
ANALPRAM-HC 1-2.5 % CREA (HYDROCORTISONE ACE-PRAMOXINE) apply bid prn
FAMVIR 500 MG TABS (FAMCICLOVIR) 1 tid

**Allergies not determined**
**Past History (reviewed - no changes required):** none
NKA

EXHIBIT "C"

**The Westchester Medical Group**
210 Westchester Ave.
210 Westchester Avenue
White Plains, NY 10604
(914) 682-0700  Fax: (914) 457-1400

*March 13, 2009*

Page 1
Chart Document

LEE PORRAZZO                                    Home: (914)804-4938 Office: (914)286-5817
Male DOB:03/10/1962              101633         Ins HEALTHNE (HEALTHNET)

**10/01/2008 - Lab Report: Complete Blood Count w/ Diff, Comprehensive Metabolic Panel, ...**
**Provider: Alan Jaffe, MD**
**Location of Care: WMG**

Patient: LEE PORRAZZO
Note: All result statuses are Final unless otherwise noted.

Tests: (1) Complete Blood Count w/ Diff (cbc)

| Test | Value | Reference Range |
|------|-------|-----------------|
| WBC | 4.2 x 10^9/L | 4.0-12.0 |
| HGB | 15.5 g/dL | 13.0-17.2 |
| HCT | 44.1 % | 36.0-50.0 |
| PLT | 140 x10^9/L | 140-440 |
| NEU# | 2.10 x10^9/L | 1.80-7.00 |
| LYMPH# | 1.50 x10^9/L | 1.00-4.00 |
| MONOS# | 0.40 x10^9/L | 0.10-0.80 |
| EOS# | 0.20 x10^9/L | 0.00-0.40 |
| BASO# | 0.00 x10^9/L | 0.00-0.36 |
| NEU% | 50.2 % | 50.0-75.0 |
| LYMPHS% | 34.6 % | 20.0-45.0 |
| MONOS% | 10.4 % | 0.0-12.0 |
| EOS% | 3.9 % | 0.0-5.0 |
| BASO% | 0.9 % | 0.0-3.0 |
| RBC | 4.87 X10^12/L | 4.00-5.60 |
| MCV | 90.6 fL | 80.0-98.0 |
| MCH | 31.90 pg | 23.00-34.60 |
| MCHC | 35.2 % | 30.0-37.0 |
| RDW | 11.6 % | 11.5-15.5 |

Tests: (2) Comprehensive Metabolic Panel (cmp)
   Order Note: TESTING PERFORMED AT: QUEST DIAGNOSTICS, ONE MALCOLM AVENUE,
TETERBORO, NJ, 07608, LABORATORY DIRECTOR: WILLIAM E. TARR, M.D., CLIA ID#
31D0696246

| Test | Value | Reference Range |
|------|-------|-----------------|
| ALBUMIN | 4.8 G/DL | 3.6-5.1 |
| BILIRUBIN,TOTAL | 0.6 MG/DL | 0.2-1.2 |
| CALCIUM | 9.7 MG/DL | 8.6-10.2 |
| CARBON DIOXIDE | 28 MMOL/L | 21-33 |
| CHLORIDE | 105 MMOL/L | 98-110 |
| CREATININE | 1.18 MG/DL | 0.50-1.30 |
| GLUCOSE | 91 MG/DL | 65-139 |

       THE GLUCOSE REFERENCE RANGE IS BASED ON A NON-FASTING STATE.

| Test | Value | Reference Range |
|------|-------|-----------------|
| ALKALINE PHOSPHATASE | 46 U/L | 40-115 |
| POTASSIUM | 4.6 MMOL/L | 3.5-5.3 |
| PROTEIN,TOTAL | 7.4 G/DL | 6.2-8.3 |
| SODIUM | 141 MMOL/L | 135-146 |
| ALT | 40 U/L | 9-60 |
| AST | 21 U/L | 10-40 |
| UREA NITROGEN | 19 MG/DL | 7-25 |
| EGFR NON AFR AMERICAN | >60 | >=60 |

   UNITS: ML/MIN/1.73M2
BUN/CREATININE RATIO       NOTE                        6-22
            BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND

**The Westchester Medical Group**
210 Westchester Ave.
210 Westchester Avenue
White Plains, NY 10604
(914) 682-0700 Fax: (914) 457-1400

*March 13, 2009*

Page 2
Chart Document

**LEE PORRAZZO**                                              Home: (914)804-4938 Office: (914)286-5817
Male DOB:03/10/1962                        101633              Ins: HEALTHNE (HEALTHNET)

```
          CREATININE VALUES ARE WITHIN NORMAL LIMITS.
    GLOBULIN,CALCULATED       2.6 G/DL                    2.1-3.7
    A/G RATIO                 1.8                         1.0-2.1
!  EGFR AFRICAN AMERICAN
                             >60                          >=60
       UNITS: ML/MIN/1.73M2
```

Tests: (3) Coronary Risk Profile (corisk)
   Order Note: TESTING PERFORMED AT: QUEST DIAGNOSTICS, ONE MALCOLM AVENUE,
TETERBORO, NJ, 07608, LABORATORY DIRECTOR: WILLIAM E. TARR, M.D., CLIA ID#
31D0696246

```
    TRIGLYCERIDES        [H]   403 MG/DL                  <150
    CHOLESTEROL,TOTAL    [H]   238 MG/DL                  125-200
    HDL CHOLESTEROL      [L]   39 MG/DL                   >=40
    LDL CHOL, CALCULATED        -  MG/DL                  <130
              DESIRABLE RANGE IS <100 MG/DL FOR PATIENTS WITH CORONARY
         HEART DISEASE (CHD) OR DIABETES, AND <70 MG/DL FOR DIABETIC
         PATIENTS WITH KNOWN CHD.
                   LDL IS NOT CALCULATED WHEN TRIGLYCERIDES ARE
                   >400 MG/DL. A DIRECT MEASURE OF LDL
                   CHOLESTEROL MAY BE ORDERED ON THIS SPECIMEN
                   BY CALLING QUEST DIAGNOSTICS INCORPORATED
                   CLIENT SERVICE DEPARTMENT AT 1-800-631-1390
                   WITHIN THE NEXT FIVE DAYS.

    CHOLESTEROL/HDL RATIO
                         [H]   6.1                        < = 5.0
```

Tests: (4) Magnesium (mg)
   Order Note: TESTING PERFORMED AT: QUEST DIAGNOSTICS, ONE MALCOLM AVENUE,
TETERBORO, NJ, 07608, LABORATORY DIRECTOR: WILLIAM E. TARR, M.D., CLIA ID#
31D0696246

```
    MAGNESIUM                  1.8 MG/DL                  1.5-2.5
```

Tests: (5) Mercury,blood (56853P)
   Order Note: TESTING PERFORMED AT: QUEST DIAGNOSTICS NICHOLS CHANTILLY, 14225
NEWBROOK DRIVE P.O. BOX 10841, CHANTILLY, VA, 20153, LABORATORY DIRECTOR:
NATHAN SHERMAN, M.D., CLIA ID# 49D0221801

```
!  Mercury,B                   -
!  MERCURY,BLOOD        [H]   23 MCG/L                    <=10
```

ASSAY WAS REPEATED AND VERIFIED.

```
                   THIS TEST WAS PERFORMED AT:
                   QUEST DIAGNOSTICS NICHOLS INSTITUTE CHANTILLY
                   14225 NEWBROOK DRIVE
                   P.O. BOX 10841
                   CHANTILLY, VA 20153
```
Patient Note: Items in this order include:  Complete Blood Count w/ Diff,
Comprehensive Metabolic Panel, Coronary Risk Profile, Magnesium,  Specimen
handling[i],  Venipuncture[i], Mercury,blood

EXHIBIT "D"

SUBJECT: CERTIFICATION OF NEW YORK STATE OFFICE OF OCCUPATIONAL HEALTH RECORDS FOR THE BELOW REFERENCED INDIVIDUAL

INDIVIDUAL:    LEE PORRAZZO

To Whom It May Concern:

I, the undersigned Custodian of the Records at the office of New York State Office of Occupational Health Records, located at 547 River Street, Flanagan Square Bldg., Room 230, Troy, New York 12180, hereby certify that the attached records are true photocopies of the originals kept on file pertinent to the individual known as LEE PORRAZZO, referenced above, and I further certify that the foregoing statement made by me is true.

_____
Custodian of Records - Signature

_____
Print Name and Title Here    Kitty H Geiberg, Chief, Epidemiology & Surveillance Section, NYSDO H

**MERCURY**

Case #: *688058*   Name: *Porrazzo, Lee*   Survey Date: *10.06.08*

*Time 2:03 - 2:13*

## A. BLOOD/URINE TEST

**A1.** Our records indicate that you had a (blood)/urine test of *23* ng/mL for mercury on _*10/01/08*_ (date of test). Were you ever notified of the result?

(1) Yes                  8   Unknown
2   No                   9   Refused

**A2.** What was the reason for the test?

1   Company/Workplace program   *Go to A4.* (6) Own decision
2   Union screening             *Go to A4.*  7  Other – Describe _____
3   Pre-employment physical     *Go to A4.*  8  Unknown          *Go to A4.*
4   Environmental follow-up     *Go to A4.*  9  Refused          *Go to A4.*
5   Doctor's advice

**A3.** Why did you go to the doctor originally?  *gnrl ck-up - eats tuna*

_____

**A4.** Have you had any previous mercury testing in the last 5 years?

1   Yes                  8   Unknown
(2) No                   9   Refused

**A5.** Do you have a doctor who follows your mercury levels?

1   Yes – Company doctor        4   No
2   Yes – Clinic doctor *type:*_____   8   Unknown
(3) Yes – Private doctor        9   Refused

**A6.** Do you have another mercury test scheduled?

1   Yes *fg date*               8   Unknown   *Go to B1.*
(2) No *fg  Go to B1.*          9   Refused    *Go to B1.*

**A7.** When is your next mercury test scheduled for? ____ / _____ / _____ (approximate date)

## B. OCCUPATIONAL HISTORY

**B1.** Are you currently employed, or have you been employed within the past year?

(1) Yes – Currently             4   No - Retired   *Go to C1.*
2   Yes – Currently / self-employed   5   No        *Go to C1.*
3   Yes – Previously            6   Refused        *Go to C1.*

**B2.** Are you a member of a union?

1   Yes    *Name:*_____   *Local:*_____
(2) No
9   Refused

*Retail Auto Dealer*

|  | **CURRENT JOB**<br>*(where exposure occurred)* | **PREVIOUS JOB**<br>*(within last year)* |
|---|---|---|
| **B3.** Company Name<br>Address<br>Phone number | BMW<br>585 Tarrytown Rd.<br>White Plains, N.Y. 10607<br>914-286-5817 | |
| **B4.** Worksite Location<br>*(if different than company location)* | as above | |
| **B5.** Date start / stop *(mm/yy)* | 02/2006 / _____ | _____ / _____ |
| **B6.** Job Title | Car Saleman | |
| **B7.** Please describe your job duties and any types of material or substances used on this job. | Sells car | |
| **B8.** Does your job involve: | 1 Manufacturing chlorine<br>2 Manufacturing/Repairing thermometers/barometers/thermostats<br>3 Manufacturing batteries<br>4 Manufacturing/Repairing fluorescent lights<br>5 Repairing medical equipment<br>6 Hazardous waste removal<br>7 Laboratory technician<br>8 Pharmaceutical manufacturer | 1 Manufacturing chlorine<br>2 Manufacturing/Repairing thermometers/barometers/thermostats<br>3 Manufacturing batteries<br>4 Manufacturing/Repairing fluorescent lights<br>5 Repairing medical equipment<br>6 Hazardous waste removal<br>7 Laboratory technician<br>8 Pharmaceutical manufacturer |
| **B9.** How many years have you worked around mercury? *(If never, go to B32.)* | NEVER | |
| **B10.** How many other workers do/did the same type of work as you? | *Actual # given:* _____ | *Actual # given:* _____ |

**EDUCATION**

|  | **CURRENT JOB** | **PREVIOUS JOB** |
|---|---|---|
| **B11.** Has your employer ever trained you on the hazards of working with mercury?<br><br>*(self-employed: Have you ever received information about the hazards of working with mercury? Go to B14.)* | 1   Yes<br>2   No          Go to B14.<br>8   Unknown  Go to B14.<br>9   Refused   Go to B14. | 1   Yes<br>2   No          Go to B14.<br>8   Unknown  Go to B14.<br>9   Refused   Go to B14. |
| **B12.** How often does your employer provide this information? | | |

| | CURRENT JOB | PREVIOUS JOB |
|---|---|---|
| B13. Is the information provided by someone that works for your employer? | 1 Yes<br>2 No<br>8 Unknown<br>9 Refused | 1 Yes<br>2 No<br>8 Unknown<br>9 Refused |

## PERSONAL PROTECTION

| | CURRENT JOB | PREVIOUS JOB |
|---|---|---|
| B14. Are/Were respirators made available for you to use?<br><br>*(self-employed: Do you have a respirator?)* | 1 Always<br>2 Sometimes<br>3 Never    *Go to B20.*<br>8 Unknown  *Go to B20.*<br>9 Refused  *Go to B20.* | 1 Always<br>2 Sometimes<br>3 Never    *Go to B20.*<br>8 Unknown  *Go to B20.*<br>9 Refused  *Go to B20.* |
| B15. What type of respirator was provided?<br><br>*(self-employed: What kind of respirator? Go to B17.)*<br><br>_____ | 1 Dust mask<br>2 2 cartridge/half face<br>3 2 cartridge/full face<br>4 Other _____<br>8 Unknown<br>9 Refused | 1 Dust mask<br>2 2 cartridge/half face<br>3 2 cartridge/full face<br>4 Other _____<br>8 Unknown<br>9 Refused |
| B16. Does/Did your employer ever require that you wear a respirator when working with mercury? | 1 Always<br>2 Sometimes _____<br>3 Never<br>8 Unknown<br>9 Refused | 1 Always<br>2 Sometimes _____<br>3 Never<br>8 Unknown<br>9 Refused |
| B17. When you're working around mercury, how often do you wear a respirator? | 1 Always<br>2 Sometimes<br>3 Never<br>8 Unknown<br>9 Refused | 1 Always<br>2 Sometimes<br>3 Never<br>8 Unknown<br>9 Refused |
| B18. Have you been fit-tested in the past year to wear your respirator? | 1 Yes<br>2 No<br>8 Unknown<br>9 Refused | 1 Yes<br>2 No<br>8 Unknown<br>9 Refused |
| B19. Was training provided for proper use, maintenance and storage of the respirator? | 1 Yes<br>2 No<br>8 Unknown<br>9 Refused | 1 Yes<br>2 No<br>8 Unknown<br>9 Refused |
| B20. Do you wear a protective uniform/clothing? | 1 Always<br>2 Sometimes<br>3 Never<br>8 Unknown<br>9 Refused | 1 Always<br>2 Sometimes<br>3 Never<br>8 Unknown<br>9 Refused |
| B21. Do you wear other protective equipment? | 1 Yes<br>2 No    *Go to B23.*<br>8 Unknown  *Go to B23.*<br>9 Refused  *Go to B23.* | 1 Yes<br>2 No    *Go to B23.*<br>8 Unknown  *Go to B23.*<br>9 Refused  *Go to B23.* |
| B22. Please describe what other protective equipment is used *(prompt for shoes, gloves, hard hats, hearing protection, etc.)* | | |

| HYGIENE | CURRENT JOB | PREVIOUS JOB |
|---|---|---|
| B23. Are there wash facilities available at the worksite? | 1 Yes<br>2 No          Go to B25.<br>8 Unknown  Go to B25.<br>9 Refused   Go to B25. | 1 Yes<br>2 No          Go to B25.<br>8 Unknown  Go to B25.<br>9 Refused   Go to B25. |
| B24. Are showers available at the worksite? | 1 Yes<br>2 No<br>8 Unknown<br>9 Refused | 1 Yes<br>2 No<br>8 Unknown<br>9 Refused |
| B25. Do you shower regularly after your shift at work? | 1 Yes<br>2 No<br>8 Unknown<br>9 Refused | 1 Yes<br>2 No<br>8 Unknown<br>9 Refused |
| B26. Is there a clean break area provided? | 1 Yes<br>2 No<br>8 Unknown<br>9 Refused | 1 Yes<br>2 No<br>8 Unknown<br>9 Refused |
| B27. Do you ever eat/drink/snack/smoke in your work area? | 1 Yes – Eat/snack<br>2 Yes – Drink<br>3 Yes – Smoke<br>4 No<br>8 Unknown<br>9 Refused | 1 Yes – Eat/snack<br>2 Yes – Drink<br>3 Yes – Smoke<br>4 No<br>8 Unknown<br>9 Refused |
| B28. Does your employer launder your work clothes or provide you with disposable clothing?<br><br>*(self-employed: Do you wash your clothes separate from your family's?)* | 1 Yes – Launder<br>2 Yes – Disposable<br>3 No<br>8 Unknown<br>9 Refused | 1 Yes – Launder<br>2 Yes – Disposable<br>3 No<br>8 Unknown<br>9 Refused |
| B29. Do you wear your work clothes or shoes home? | 1 Yes – Clothes<br>2 Yes – Shoes<br>3 Yes – Clothes & Shoes<br>4 No<br>8 Unknown<br>9 Refused | 1 Yes – Clothes<br>2 Yes – Shoes<br>3 Yes – Clothes & Shoes<br>4 No<br>8 Unknown<br>9 Refused |

B30. Do you feel you know how to work safely with mercury?

1 Yes                              8 Unknown
2 No                               9 Refused

B31.    In order to protect current and future employees and their families from mercury exposure hazards, the NYSDOH would like to contact your employer.  Please be assured that you will not be identified in any manner during the conversation.   Do you agree with the Health Department *c o n t a c t i n g  y o u r   e m p l o y e r* ?

1 Yes                              8 Unknown
2 No                               9 Refused
→ Please explain why: _____


B32. Do you currently smoke cigarettes?

1 Yes                              9 Refused
② No

## ENVIRONMENTAL HISTORY

**C1.** How long have you lived at your current permanent address? _____3_____ years

*If less than 6 months, ask for current and previous residence:*

**C2.** What type of house do you live in?

1 Single family, townhouse, duplex, or 2-family
2 Mobile or modular home
(3) Apartment or condominium
4 Other – Describe: _____
9 Refused

**C3.** Was there a spill containing mercury, including a broken thermometer, in your residence within the past year?

1 Yes           8 Unknown    *Go to C6.*
(2) No    *Go to C6.*      9 Refused    *Go to C6.*

**C4.** When did this spill occur? _____ / _____ *(mm/yy)*

**C5.** Who cleaned up the spill? _____

**C6.** Have you received an immunoglobulin shot from your health care provider recently?

1 Yes           8 Unknown    *Go to C8.*
(2) No    *Go to C8.*      9 Refused    *Go to C8.*

**C7.** When did you receive the shot? _____ / _____ *(mm/yy)*

**C8.** Have you received a vaccine from your health care provider recently?

1 Yes           8 Unknown    *Go to C10.*
(2) No    *Go to C10.*      9 Refused    *Go to C10.*

**C9.** When did you receive the vaccine? _____ / _____ / _____ *(mm/dd/yy)*

**C10.** Do you use any folk medicines?

1 Yes _____    8 Unknown
(2) No                       9 Refused

**C11.** How often were you eating fish or seafood in the two months before your test?

1 Never    *Go to D1.*      5 About once/week
2 Less than once/month      6 Few times/week
3 About once/month        (7) Daily
4 Less than once/week       9 Refused    *Go to D1.*

**C12.** What type of fish did you usually eat? *Tuna (canned) Dwordfish salmon*

**C13.** Where did the fish come from?

(1) Grocery store/Restaurant   *Go to D1.* 8 Unknown    *Go to D1.*
2 Caught                          9 Refused    *Go to D1.*

C14.  Where was the fish caught?

    1   Ocean                      8   Unknown
    2   River/Stream         9   Refused
    3   Lake
    *name of location:* _____

## D.  DEMOGRAPHIC INFORMATION

D1.  Are there any children younger than 7 years that have lived with or frequently visit you?

    1   Yes                      8   Unknown   ***Go to D3.***
    (2)  No    ***Go to D3.***    9   Refused     ***Go to D3.***

D2.  Child's Name                Age        Ever Tested for Mercury?   Date & Result

_____   _____   Yes   No   Unk   Ref_____

_____   _____   Yes   No   Unk   Ref_____

_____   _____   Yes   No   Unk   Ref_____

D3.  Is anyone in the house pregnant or nursing?

    1   Yes                      8   Unknown
    (2)  No                     9   Refused

D4.  Have you ever had a different last name?  *If YES:*  What was/were it/they?

    *NO*
_____

D5.  What is your racial background? ***(DO NOT READ CATEGORIES)***

    (1)  White, not of Hispanic background    5   Asian or Pacific Islander
    2   Black, not of Hispanic background    6   Other
    3   Hispanic                           8   Unknown
    4   American Indian, Alaskan Native    9   Refused

D6.  What is the highest level of education that you have completed?  *12*  *(write in actual level)*

D7.  In your opinion, where is your exposure to mercury coming from? _*fish*_____

_____

SS# 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

**If you have any questions about the Registry, you may ask the interviewer or contact New York State Department of Health researcher, Dr. Kitty Gelberg, at 1-800-458-1158 extension 27900.**

Rev. 10/2002

CASE #: 688058

TYPE OF METAL: M (A,C,M or L)

INTERVIEW STATUS: 1
  1 = Complete
  4 = Dead End, Extended Failure to Contact
  5 = Dead End, Patient Deceased

  6 = Interview Refusal
  7 = Physician Requested No Interview
  8 = Department Decision No Interview

SURVEY DATE: 10/06/08

INTERVIEWER: JMJ

LAST NAME: PORRAZZO _ _ _ _ _ _ _ _ _

FIRST NAME: LEE _ _ _ _ _ _ _ _ _ _      MI: _

ADDRESS: 44 NORTH BROADWAY _ _ _ _ _ _ _ _

CITY: WHITE PLAINS _ _ _      ST: NY   ZIP: 10603

FIPS CODE: 119        HOME PHONE: (914) 804-4938

DOB: 03/10/62      SSN: 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

TEST NO. 001      SAMPLE DATE: 10/01/08   VALUE: 23

SEX (M)/ F        ETHNICITY: 1        EDUCATION: 12

EMPLOYER CODE: 95215902   OCCUPATION CODE: 0263   476

EXPOSURE CODE: 2        PROCESS CODE: E
1 = Occupational
2 = Non-Occupational
3 = Both
9 = Unknown

A = Accidental Ingestion
B = Bridge Worker
C = Cookware
D = Dental
E = Environmental
F = Casting (Sinkers, Bullets, Etc.)
G = Stained Glass
H = Iron/Steel Structures (Non-Bridge)
I = Institutionalized
J = Job Exposure Typical of Occupation
K = Smelter Work
L = Lead Abatement
M = Metal Recycling

N = Medical Procedure/Necessity
O = Hobby, Jewelry, Crafts
P = Pica
Q = Lead Glass, Frit, Pigment, Powder
R = Residential Remodeling/Boat Scrape
S = Shooter
T = Shot
U = Unknown
V = Radiator Repair
W = Diet, Folk Medicine
X = Lab Error
Y = Work with Wires/Cables
Z =

OCT 0 7 2008

*058*

## Edit Cases and Reports

[ Return To Interviews Assigned ]          Check Employer Info

Printable Format

| | | | | |
|---|---|---|---|---|
| SSN: | 081608531 | Interview Assigned: | 10/06/2008 | Test number: | 001 |
| First Name: | LEE | Interviewer: | bkg941 | Metal: | M |
| MI: | | Completed By: | | Type of Report: | E |
| Last Name: | PORRAZZO | Date Completed: | | Sample Name: | ALAN JAFFE |
| Maiden Name: | | Interview Status: | | Sample Street: | ATTN: REFERRING PHYS |
| DOB: | 03/10/1962 | Interview Type: | | Sample City: | WHITE PLAINS |
| Street: | 44 NORTH BROADWAY, | | | Sample State: | NY |
| City: | WHITE PLAINS | | | Sample Zip: | 10604 |
| State: | NY | 1st Letter Sent: | | Sample: | B |
| Zip: | 106036 | 2nd Letter Sent: | | Reported Value: | 23 |
| County Gazateer: | | Thank You Sent: | | Value/Units: | 23  MCG/L |
| FIPS Code: | 119 | Exposure Sent: | | Comments: | ASSAY WAS REP |
| Phone: | 9148044938 | Lead Paint Sent: | | Corrected: | |
| Gender: | M | Pregnant Sent: | | Unadjusted: | 0 |
| Ethnicity: | 9 | Shooters Sent: | | Accession: | K4132784 |
| Education: | | Future Use Sent: | | Sample date: | 10/01/2008 |
| 1st Interview Date: | | 2nd Future Use Sent: | | Date analyzed: | 10/03/2008 |
| 1st Interview Stat: | | Dr Letter Sent: | | Date received: | 10/04/2008 |
| 1st Interview Type: | | Employer Letter Sent: | | Report lab #: | 2499 |
| 2nd Interview Date: | | [ update (interviewers) ] | | Lab #: | 2499 |
| 2nd Interview Stat: | | | | Physician #: | |
| 2nd Interview Type: | | | | Employer #: | 9999 |
| 3rd Interview Date: | | | | Emp cnty gaz: | 99 |
| 3rd Interview Stat: | | | | Emp city gaz: | 99 |
| 3rd Interview Type: | | | | Clinic report: | |
| 4th Interview Date: | | | | Occ Code: | 9999  999  (200 |
| 4th Interview Stat: | | | | Occ status: | 9 |
| 4th Interview Type: | | | | Process code: | U |
| [ Update Case ] | | | | [ update ] [ delete ] | |

*v1.1DOHPROD1*          *Back*          **Main Menu**          *Oct 6, 2008*          *View Logs*

10/6/2008 11:03:55 AM

EXHIBIT "E"

**The Westchester Medical Group**
210 Westchester Ave.
210 Westchester Avenue
White Plains, NY 10604
(914) 682-0700  Fax: (914) 457-1400

*March 13, 2009*

Page 1
Chart Document

**LEE PORRAZZO**                    Home: (914)804-4938 Office: (914)286-5817
Male  DOB:03/10/1962              101633            Ins: HEALTHNE (HEALTHNET)

**11/04/2008 - Lab Report: Hepatic Function, Coronary Risk Profile**
**Provider: Alan Jaffe, MD**
**Location of Care: WMG**

Patient: LEE PORRAZZO
Note: All result statuses are Final unless otherwise noted.

Tests: (1) Hepatic Function (hepatic)
  Order Note: TESTING PERFORMED AT: QUEST DIAGNOSTICS, ONE MALCOLM AVENUE,
TETERBORO, NJ, 07608, LABORATORY DIRECTOR: WILLIAM E. TARR, M.D., CLIA ID#
31D0696246

| | | | |
|---|---|---|---|
| ALBUMIN | | 4.6 G/DL | 3.6-5.1 |
| PROTEIN,TOTAL | | 7.3 G/DL | 6.2-8.3 |
| ALKALINE PHOSPHATASE | | 52 U/L | 40-115 |
| ALT | [H] | 77 U/L | 9-60 |
| AST | [H] | 72 U/L | 10-40 |
| BILIRUBIN,DIRECT | | 0.1 MG/DL | < = 0.2 |
| BILIRUBIN,TOTAL | | 0.7 MG/DL | 0.2-1.2 |
| GLOBULIN,CALCULATED | | 2.7 G/DL | 2.1-3.7 |
| A/G RATIO | | 1.7 | 1.0-2.1 |
| ! BILIRUBIN,INDIRECT | | 0.6 MG/DL | 0.2-1.2 |

Tests: (2) Coronary Risk Profile (corisk)
  Order Note: TESTING PERFORMED AT: QUEST DIAGNOSTICS, ONE MALCOLM AVENUE,
TETERBORO, NJ, 07608, LABORATORY DIRECTOR: WILLIAM E. TARR, M.D., CLIA ID#
31D0696246

| | | | |
|---|---|---|---|
| TRIGLYCERIDES | [H] | 381 MG/DL | <150 |
| CHOLESTEROL,TOTAL | | 199 MG/DL | 125-200 |
| HDL CHOLESTEROL | [L] | 38 MG/DL | >=40 |
| LDL CHOL, CALCULATED | | 85 MG/DL | <130 |

            DESIRABLE RANGE IS <100 MG/DL FOR PATIENTS WITH CORONARY
            HEART DISEASE (CHD) OR DIABETES, AND <70 MG/DL FOR DIABETIC
            PATIENTS WITH KNOWN CHD.

| | | | |
|---|---|---|---|
| CHOLESTEROL/HDL RATIO | [H] | 5.2 | < = 5.0 |

Patient Note: Items in this order include:  Hepatic Function, Coronary Risk
Profile,  Specimen handling[i],  Venipuncture[i]

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 11/05/2008 2:26 AM

_____

(1) Order result status: Final
Collection or observation date-time: 11/04/2008 11:09:37
Requested date-time:
Receipt date-time: 11/04/2008 11:09:37
Reported date-time: 11/05/2008 02:23
Referring Physician:
Ordering Physician: Alan Jaffe  (ajaffe)
Specimen Source:
Source: Orchard

**The Westchester Medical Group**
210 Westchester Ave.
210 Westchester Avenue
White Plains, NY 10604
(914) 682-0700  Fax: (914) 457-1400

*March 13, 2009*

Page 2
Chart Document

**LEE PORRAZZO**                              Home: (914)804-4938 Office: (914)286-5817
Male DOB:03/10/1962                 101633          Ins: HEALTHNE (HEALTHNET)

```
Filler Order Number: 1285964
Lab site:

(2) Order result status: Final
Collection or observation date-time: 11/04/2008 11:09:37
Requested date-time:
Receipt date-time: 11/04/2008 11:09:37
Reported date-time: 11/05/2008 02:23
Referring Physician:
Ordering Physician: Alan Jaffe  (ajaffe)
Specimen Source: Serum,refrig
Source: Orchard
Filler Order Number: 1285964
Lab site:
```

**Signed by Alan Jaffe, MD on 11/11/2008 at 6:09 PM**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEE PORRAZZO,

                                    Plaintiff(s),                          AFFIDAVIT
                                                                          OF MAILING
                -against-                                        Case No.: 10-CV-04367(CS)
                                                                              (LMS)
BUMBLE BEE FOODS, LLC and THE STOP
& SHOP SUPERMARKET COMPANY, LLC,

                                    Defendant(s).
-----------------------------------------------------------X

STATE OF NEW YORK          )
                           )ss:
COUNTY OF WESTCHESTER      )

        DEBORAH LORE, being duly sworn, deposes and says:

        I am not a party to the within action, am over eighteen (18) years of age and reside
in Rye Brook, New York.

        On August 31, 2010, I served a true copy of the annexed AMENDED COMPLAINT by
mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or
official depository of the U.S. Postal Service within the State of New York, addressed to the
last known address of the addressee(s) as indicated below:

TO:     BONNER, KIERNAN, TREBACH
        & CROCIATA
        Empire State Bldg., 59th Floor
        New York, New York   10118
        Attn:  Kenneth A. Shoen, Esq.


                                                    _Deborah Lore_
                                                    DEBORAH LORE

Sworn to before me this
31st day of August, 2010

_Thomas Iannuccilli_
Notary Public


                        THOMAS IANNUCCILLI
                NOTARY PUBLIC, State of New York
                        No. 02IA5061856
                    Qualfied in Westchester County
                Commission Expires June 17, 2014

ALL-STATE LEGAL®
07181-BE • 07182-BL • 07183-GY • 07184-WH
800.222.0510  www.aslegal.com

Index No. ................................ Year 20 ........

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEE PORRAZZO,

Plaintiff(s),

-against-

BUMBLE BEE FOODS, LLC. and THE STOP & SHOP SUPERMARKET COMPANY, LLC,

Defendant(s)

## AMENDED COMPLAINT

**KILLERLANE LAW OFFICES, P.C.**

Attorney for

LEE PORRAZZO
175 MAIN STREET
SUITE 606
WHITE PLAINS, NY 10601
(914) 948-9500

Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.

Dated: .....8/31/10..................    Signature ...._Christina M. Killerlane_.................

Print Signer's Name .....CHRISTINA M. KILLERLANE, ESQ.

Service of a copy of the within

Dated:                                                                              is hereby admitted.

............................................................
Attorney(s) for

## PLEASE TAKE NOTICE

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on                                  20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the
Hon. ........................................................, one of the judges of the within-named Court,
at
on                                  20           , at                    M.

Dated:

**KILLERLANE LAW OFFICES, P.C.**

Attorney for

175 MAIN STREET
SUITE 606